IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMAL CORP. and THERMACORE, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 10-380 (JJF)(MPT) |
| v. | ) ) | |
| MOMENTIVE PERFORMANCE MATERIALS INC. | ) ) ) | |
| Defendant. | ) | |

**MOMENTIVE'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Defendant Momentive Performance Materials Inc. ("Momentive") hereby moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. In the alternative, Momentive moves pursuant to Rule 12(e) for a more definite statement.

The grounds for this motion are set forth in Momentive's opening brief being filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Mary B. Graham*

_____
Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
   *Attorneys for Momentive*
   *Performance Materials Inc.*

OF COUNSEL:

William D. Coston
Keith G. Haddaway
Tamany Vinson Bentz
VENABLE, LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-4000

June 21, 2010
3620563

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>David Phillip Primack
>DRINKER BIDDLE & REATH LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 21, 2010 upon the following individuals in the manner indicated:

>**BY E-MAIL**
>
>Todd C. Schiltz
>David Phillip Primack
>DRINKER BIDDLE & REATH LLP
>1100 North Market Street
>Suite 1000
>Wilmington, DE  19801-1254
>
>**todd.schiltz@dbr.com**
>**david.primack@dbr.com**

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

3623876